UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
December 8, 2022 1:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB/12-8

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KURTIS JAMES VANDERMOLEN,

    Defendant.

_____/

1:22-cr-171
Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

### COUNT 1
### (Bank Fraud)

On or about July 23, 2020, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

**KURTIS JAMES VANDERMOLEN,**

knowingly, and with the intent to defraud, executed a scheme and artifice to obtain, by means of false and fraudulent pretenses, representations, and promises, moneys and funds owned by, and under the control of, Cross River Bank, a financial institution, by submitting a Paycheck Protection Program loan application for a fictitious company, Breakout Strategies Corporation, that resulted in the deposit of $100,641 in loan proceeds in a credit union account in the Western District of Michigan.

**18 U.S.C. § 1344(2)**

## COUNT 2
### (Money Laundering)

On or about September 1, 2020, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

**KURTIS JAMES VANDERMOLEN,**

knowingly engaged in a monetary transaction, in and affecting commerce, in criminally derived property of a value greater than $10,000 that was derived from a specified unlawful activity. Specifically, while engaged in the scheme and artifice to defraud described in Count 1 of this Felony Information and incorporated herein by reference, the defendant withdrew $18,752 from the Breakout Strategies Corporation account at Consumers Credit Union on check number 1105 and thereby made payment to complete the purchase of a 2010 BMW 650i convertible.

**18 U.S.C. § 1957**

## FORFEITURE ALLEGATION
### (Bank Fraud)

The allegations contained in Count 1 of this Information are re-alleged and incorporated by reference as if set forth fully herein for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of bank fraud in violation of 18 U.S.C. § 1344(2) as set forth in Count 1 of this Information, the defendant,

**KURTIS JAMES VANDERMOLEN,**

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY: CZ firearms with serial numbers UC11369 and UC12145.

2. MONEY JUDGMENT. A sum of money equal to at least $170,002, which represents the amount of gross proceeds obtained, directly or indirectly, from the offense charged in Count 1.

3. SUBSTITUTE ASSETS. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

**18 U.S.C. § 982(a)(2)(A)**
**21 U.S.C. § 853(p)**
**18 U.S.C. § 1344(2)**

MARK A. TOTTEN
United States Attorney

Date: December 8, 2022

*Adam B. Townshend*
ADAM B. TOWNSHEND
Assistant United States Attorney